DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-222-GEB |
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: January 15, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, defendant, TUAN DAO, by and through his attorney MICHAEL L. CHASTAINE, and defendant DUNG NGUYEN, by and through his attorney MICHAEL D. LONG, that the status conference set for Friday, October 16, 2009, be continued to a status conference on Friday, January 15, 2010, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery and have been advised that more is coming, including the Title II documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 15, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
                                   Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: October 13, 2009            /S/ Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   KHAMALE KEOVILAY

DATED:  October 13, 2009

                                   /s/ Dennis S. Waks for
                                   _____
                                   ALICE W. WONG, Attorney for
                                   DAVID CHENG


DATED:  October 13, 2009
                                   /s/ Dennis S. Waks for
                                   _____
                                   MICHAEL B. BIGELOW, Attorney for
                                   MINH THAM


DATED:  October 13, 2009
                                   /s/ Dennis S. Waks for
```

```
1                                      CHRISTOPHER H. WING, Attorney for
                                       LONG NGUYEN
2

3   DATED:  October 13, 2009
                                       /s/ Dennis S. Waks for
4
                                       MICHAEL L. CHASTAINE, Attorney for
5                                      TUAN DAO

6

7
    DATED:  October 14, 2009           /s/ Dennis S. Waks for
8
                                       MICHAEL D. LONG, Attorney for
9                                      DUNG NGUYEN

10
                                       LAWRENCE G. BROWN
11                                     United States Attorney

12
    DATED: October 13, 2009            /s/ Dennis S. Waks for
13
                                       HEIKO P. COPPOLA
14                                     Assistant U.S. Attorney

15                                     /s/ Dennis S. Waks for

16                                     TODD D. LERAS
                                       Assistant U.S. Attorney
17

18                                     O R D E R

19
         IT IS SO ORDERED.
20
    Dated:  October 16, 2009
21

22
                                       /s/ Garland E. Burrell, Jr.
23                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
```

3