1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   KHAMALE KEOVILAY

6

                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

UNITED STATES OF AMERICA,      )
10                             )    Cr.S. 09-222-GEB
            Plaintiff,         )
11                             )    **STIPULATION AND ORDER**
         v.                    )
12                             )
KHAMALE KEOVILAY, et al.,      )    DATE:  October 22, 2010
13                             )    TIME:  9:00 a.m.
            Defendants.        )    JUDGE: Hon. Garland E. Burrell
14                             )
_____ )
15

16

       It is hereby stipulated and agreed to by the United States of

17
America through HEIKO P. COPPOLA, Assistant United States Attorney, and

18
TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE

19
KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising

20
Assistant Federal Defender, defendant, DAVID CHENG by and through his

21
attorney, ALICE W. WONG, defendant MINGH THAM, by and through his

22
attorney MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by through his

23
attorney MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney,

24
OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney,

25
CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his

26
attorney KEN GIFFARD, that the status conference set for Friday,

27
September 3, 2010, be continued to a status conference on Friday,

28

1   October 22, 2010, at 9:00 a.m.

2       This continuance is being requested because defense counsel needs

3   additional time to prepare, to review discovery, and to interview

4   witnesses.  The parties have received a large amount of discovery,

5   including Title III documents.

6       Furthermore, the parties stipulate and agree that the interest of

7   justice served by granting this continuance outweighs the best interest

8   of the public and the defendants in a speedy trial.  (18 U.S.C. §

9   3161(h)(7)(A)).

10      Speedy trial time is to be excluded from the date of this order

11  through the date of the status conference set for October 22, 2010,

12  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

13  (Local Code T4).

14                                    Respectfully submitted,
                                      DANIEL J. BRODERICK
15                                    Federal Defender

16  DATED: August 30, 2010            /S/ Dennis S. Waks

17                                    DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
18                                    Attorney for Defendant
                                      KHAMALE KEOVILAY
19
    DATED: August 30, 2010
20
                                      /s/ Dennis S. Waks for
21
                                      ALICE W. WONG, Attorney for
22                                    DAVID CHENG

23  DATED: August 30, 2010
                                      /s/ Dennis S. Waks for
24
                                      MICHAEL B. BIGELOW, Attorney for
25                                    MINH THAM

26
    DATED: August 30, 2010            /s/ Dennis S. Waks for
27
                                      MICHAEL D. LONG, Attorney for
28                                    DUNG NGUYEN

                                      **2**

1  DATED: August 30, 2010          /s/ Dennis S. Waks for

2                                  OLAF W. HEDBERG, Attorney for
                                   SANG HIN SAELEE
3

4
   DATED: August 30, 2010
5                                  /s/ Dennis S. Waks for

6                                  CHRISTOPHER H. WING, Attorney for
                                   LONG NGUYEN
7

8  DATED: August 30, 2010
                                   /s/ Dennis S. Waks for
9
                                   KEN GIFFARD Attorney for
10                                 TUAN DAO

11

12                                 BENJAMIN B. WAGNER
                                   United States Attorney
13

14 DATED: August 30, 2010          /s/ Dennis S. Waks for

15                                 HEIKO P. COPPOLA
                                   Assistant U.S. Attorney
16
                                   /s/ Dennis S. Waks for
17
                                   TODD D. LERAS
18                                 Assistant U.S. Attorney

19
                                   O R D E R
20

21          IT IS SO ORDERED.

22

23 Dated:  August 31, 2010

24
                                   _____
25                                 GARLAND E. BURRELL, JR.
                                   United States District Judge
26

27

28

**3**