MICHAEL D. LONG #149475
Attorney at Law
901 H Street, Suite 301
Sacramento, California 95814
Tel: (916) 447-1920  Fax: (916) 442-8999
mike.long.law@msn.com

Attorney for Defendant
DUNG NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR. S-09-222-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: December 12, 2013 |
| KHAMLE KEOVILAY et al., | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | ) ) ) | |

It is hereby stipulated and agreed to by the United States of America through HEIKO COPPOLA, Assistant United States Attorney, defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, and defendant TUAN DAO, by and through his attorney, KEN GIFFARD, that the status conference set for Thursday, October 31, 2013, be continued to a status conference on Thursday, December 12, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to

-1-

prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.  Each defendant, and his counsel, is preparing for jury trial.  However, most defendants have pending offers from the prosecution.  Each defendant needs additional time to continue to prepare for jury trial and to also consider resolving the case short of trial.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial.  (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 12, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                            Respectfully submitted,

DATED: October 28, 2013          /s/ *Michael D. Long* for_____
                                            DENNIS S. WAKS
                                            Attorney for Defendant
                                            KHAMLE KEOVILAY

                                            /s/ *Michael D. Long* for_____
                                            ALICE W. WONG, Attorney for
                                            DAVID CHENG

                                            /s/ *Michael D. Long* for_____
                                            MICHAEL B. BIGELOW, Attorney for
                                            MINH THAM

                                            /s/ *Michael D. Long* _____
                                            MICHAEL D. LONG, Attorney for
                                            DUNG NGUYEN

                                            /s/ *Michael D. Long* for_____
                                            OLAF W. HEDBERG, Attorney for
                                            SANG HIN SAELEE

        /s/ *Michael D. Long* for  
        KEN GIFFARD, Attorney for  
        TUAN DAO

        BENJAMIN B. WAGNER  
        United States Attorney

DATED: October 28, 2013       /s/ *Michael D. Long* for  
        HEIKO COPPOLA  
        Assistant U.S. Attorney

# O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including December 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for December 12, 2013, at 9:30 a.m.

DATED: October 29, 2013

Troy L. Nunley  
United States District Judge