DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Tel: (916) 498-9871 Fax: (916) 441-6553
denniswaks@gmail.com

Attorney for Defendant
KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR. S-09-222-TLN |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | Date:  January 9, 2014 |
| KHAMLE  KEOVILAY *et. al.* ) | Time:  9:30 a.m. |
| ) | Judge: Hon. TROY L. NUNLEY |
| Defendant. ) | |
| ) | |
| ) | |

It is hereby stipulated and agreed to by the United States of America through HEICO P. COPPOLA, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS,  that the status conference set for December 12, 2013, be continued to a status conference on Thursday, January 9, 2014, at 9:30 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial    (18 U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this order through

-1-

the date of the status conference set for January 9, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 10, 2013

Respectfully submitted,

/s/ Dennis S. Waks

DENNIS S. WAKS
Attorney for Defendant
KHAMLE KEOVILAY

DATED: December 10, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for

HEICO P. COPOLA
Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including January 9, 2014, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status

conference date is hereby set for January 9, 2014, at 9:30 a.m.

Dated: December 11, 2013

                              Troy L. Nunley
                              United States District Judge