1

DENNIS S. WAKS, BAR #142581
Attorney at Law

2

455 Capitol Mall, Suite 350
Sacramento, California 95814

3

Tel: (916) 498-9871 Fax: (916) 441-6553
denniswaks@gmail.com

4

Attorney for Defendant

5

KHAMLE KEOVILAY

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,           )   Case No.  CR. S-09-222-TLN
                                    )
11
                      Plaintiff,    )   STIPULATION AND ORDER TO
                                    )   CONTINUE STATUS CONFERENCE
12
          v.                        )
                                    )   Date:   February 6, 2014
13
      KHAMLE  KEOVILAY,             )   Time:  9:30 a.m.
                                    )   Judge: Hon. TROY L. NUNLEY
14
                      Defendant.    )
                                    )
15
      _____)

16

17

        It is hereby stipulated and agreed to by the United States of America through HEIKO P.

18

COPPOLA, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and

19

though his counsel, DENNIS S. WAKS, that the Trial Conference Hearing/Status Conference set

20

for January 9, 2014 and the Jury Trial set for January 27, 2014 be vacated and that a status

21

conference be set on Thursday, February 6, 2014, at 9:30 a.m.  This continuance is being

22

requested because defense counsel needs additional time to prepare, to review discovery, and to

23

interview witnesses.  The defendant has received a large amount of discovery, including Title III

24

documents. The parties anticipate that this case will be resolved without the need for a trial.

25

26

        Furthermore, the parties stipulate and agree that the interest of justice served by granting

27

this continuance outweigh the best interest of the public and the defendant in a speedy trial    (18

28

U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 6, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 6, 2014

Respectfully submitted,

/s/ Dennis S. Waks

DENNIS S. WAKS
Attorney for Defendant
KHAMLE KEOVILAY


DATED: January 6, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for

HEIKO P. COPPOLA
Assistant U.S. Attorney


# O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including February 6, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

1    (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status

2    conference date is hereby set for February 6, 2014, at 9:30 a.m.

3

4    Dated: January 7, 2014

5

6

7

8    _____

9    Troy L. Nunley
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-