1  DENNIS S. WAKS, BAR #142581
   Attorney at Law
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  Tel: (916) 498-9871
   denniswaks@gmail.com
4
   Attorney for Defendant
5  KHAMLE KEOVILAY

6

7                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  Case Nos.  CR.S. 09-222 and 09-223-TLN
11                                   )
                        Plaintiff,   )  STIPULATION AND [~~PROPOSED~~] ORDER
12                                   )  TO RELEASE DEFENDANT FROM PRE-
   v.                                )  TRIAL SUPERVISION
13                                   )
   KHAMLE  KEOVILAY *et. al.*        )  Judge: Hon. Edmund F. Brennan
14                                   )
                        Defendants.  )
15                                   )
                                     )
16  _____ )

17         It is hereby stipulated and agreed to by the United States of America through HEIKO P.

18  COPPOLA, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and

19  though his counsel, DENNIS S. WAKS, that Mr. Keovilay be released from Pre-trial

20  supervision.  Pre-trial Services Officer Darryl Walker has informed Counsel for the Government

21  and Defense Counsel that he supports this recommendation based upon the fact that Mr.

22  Keovilay has been on supervision since February 7, 2014, has not had any violations, does not

23  have a passport, and has no criminal history or failures to appear.  The unsecured bond will

24  remain in effect.

25       //

26       //

27

28

                                      -1-

1      IT IS SO STIPULATED

2  DATED: November 6, 2014

3                            Respectfully submitted,

4

5                            /s/ Dennis S. Waks

6                            DENNIS S. WAKS
                              Attorney for Defendant

7                            KHAMLE KEOVILAY

8

9

10  DATED: November 6, 2014

                            BENJAMIN B. WAGNER
                            United States Attorney

11

12                           /s/ Dennis S. Waks for

13                           HEIKO P. COPPOLA
                            Assistant U.S. Attorney

14

15

16                          **O R D E R**

17

18      IT IS SO ORDERED.

19  DATED:  November 7, 2014.

20                           EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28